# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STEVEN GREEK and JON BOYAJIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>90 DEGREE BENEFITS, INC. and 90 DEGREE BENEFITS, LLC,<br><br>Defendants. | Case No. 2:23-cv-00511-LA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)** |

Plaintiffs Steven Greek and Jon Boyajian, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claims filed in the above referenced case. This dismissal is without prejudice.

Date: June 1, 2023

Respectfully Submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Counsel for Plaintiffs and Putative Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

/s/ *William B. Federman*
William B. Federman